UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



HOSPITALITY STAFFING SOLUTIONS, LLC      PLAINTIFF

VERSUS      CIVIL ACTION NO: 1:07cv105 LG JMR

ABNER IRIAS and MARVIN LAZANO      DEFENDANTS

## PRELIMINARY INJUNCTION

THIS MATTER was set for hearing on the Preliminary Injunction requested by Plaintiff Hospitality Staffing Solutions, LLC at 10:00 a.m. March 15, 2007. The Court finds that the parties have agreed to the entry of a preliminary injunction on the terms contained in the Court's Temporary Restraining Order enter March 5, 2007. It is therefore

ORDERED AND ADJUDGED that

a.     Abner Irias and Marvin Lazano are enjoined from directly or indirectly soliciting business from any clients or prospective clients that Hospitality Staffing Solutions, LLC has in the State of Mississippi for the purpose of engaging in the recruitment, placement and management of staffing for the hospitality, hotel and janitorial industries.

b.     Abner Irias and Marvin Lazano are enjoined from directly or indirectly soliciting any job applicants, employees or independent contractors of Hospitality Staffing Solutions, LLC to reject or resign positions with Hospitality Staffing Solutions, LLC.

c.     Abner Irias and Marvin Lazano are enjoined from using or disclosing any information, directly or indirectly, that satisfies the definition of "confidential information" set

forth at Section 1.5 of the Restrictive Covenant Agreement between Abner Irias and Hospitality Staffing Solutions, LLC until November 24, 2008.

    d.    Abner Irias and Marvin Lazano are enjoined from misappropriating any trade secrets that belong to Hospitality Staffing Solutions, LLC.

    e.    Abner Irias and Marvin Lazano are enjoined from directly or indirectly tortiously interfering with the business, contractual, employment and prospective employment relationships of Hospitality Staffing Solutions, LLC.

f.    The Clerk is hereby ordered and directed to refund to Plaintiff Hospitality Staffing Solutions, LLC the $20,000.00 deposited in the Clerk's office as security for the entry of the Temporary Restraining Order

ORDERED AND ADJUDGED this the 15th day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE

**AGREED:**

_____
Henry Laird,
Attorney for Plaintiff, Hospitality Staffing
Solutions, LLC


_____
John Foxworth,
Attorney for Defendants, Abner Irias and
Marvin Lazano

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

HOSPITALITY STAFFING SOLUTIONS, LLC                    PLAINTIFF

VERSUS                                   CIVIL ACTION NO: 1:07cv105 LG JMR

ABNER IRIAS and MARVIN LAZANO                          DEFENDANTS

## PRELIMINARY INJUNCTION

THIS MATTER was set for hearing on the Preliminary Injunction requested by Plaintiff Hospitality Staffing Solutions, LLC at 10:00 a.m. March 15, 2007. The Court finds that the parties have agreed to the entry of a preliminary injunction on the terms contained in the Court's Temporary Restraining Order enter March 5, 2007. It is therefore

ORDERED AND ADJUDGED that

a. Abner Irias and Marvin Lazano are enjoined from directly or indirectly soliciting business from any clients or prospective clients that Hospitality Staffing Solutions, LLC has in the State of Mississippi for the purpose of engaging in the recruitment, placement and management of staffing for the hospitality, hotel and janitorial industries.

b. Abner Irias and Marvin Lazano are enjoined from directly or indirectly soliciting any job applicants, employees or independent contractors of Hospitality Staffing Solutions, LLC to reject or resign positions with Hospitality Staffing Solutions, LLC.

c. Abner Irias and Marvin Lazano are enjoined from using or disclosing any information, directly or indirectly, that satisfies the definition of "confidential information" set

2059011.1/16480.27347
2059185.1/16480.27347

forth at Section 1.5 of the Restrictive Covenant Agreement between Abner Irias and Hospitality Staffing Solutions, LLC until November 24, 2008.

d. Abner Irias and Marvin Lazano are enjoined from misappropriating any trade secrets that belong to Hospitality Staffing Solutions, LLC.

e. Abner Irias and Marvin Lazano are enjoined from directly or indirectly tortiously interfering with the business, contractual, employment and prospective employment relationships of Hospitality Staffing Solutions, LLC.

f. The Clerk is hereby ordered and directed to refund to Plaintiff Hospitality Staffing Solutions, LLC the $20,000.00 deposited in the Clerk's office as security for the entry of the Temporary Restraining Order

ORDERED AND ADJUDGED this the ____ day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE

AGREED:

_____
Henry Laird,
Attorney for Plaintiff, Hospitality Staffing
Solutions, LLC

_____
John Foxworth,
Attorney for Defendants, Abner Irias and
Marvin Lazano